JOHN ROHRBACH, APPELLANT, *v.* THE GERMANIA FIRE INSURANCE COMPANY, RESPONDENT.

Order affirmed, with $10 costs, and disbursements and printing.

STEWART WILSON, RESPONDENT, *v.* MICHAEL DONAHUE, APPELLANT.

Judgment affirmed, with costs.